# IN THE SUPREME COURT OF THE STATE OF NEVADA

RANDY D. JONES,
Petitioner,

vs.

NEVADA DEPARTMENT OF PUBLIC
SAFETY DIVISION OF PAROLE AND
PROBATION; AND LUCY RICO,
Respondents.

No. 70714

FILED

SEP 1 6 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of prohibition. Petitioner Randy D. Jones challenges the Department of Parole and Probation's denial of his parole release plan based on an alleged problem with residency. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.320; NRS 34.330. Because the petition involves issues of fact, *See Round Hill Gen. Improvement Dist. v. Newman*, 97 Nev. 601, 637 P.2d 534 (1981), Jones should file his petition in the district court in the first instance. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc: Randy D. Jones
Attorney General/Carson City
Eighth District Court Clerk

16-28905